IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jerry Earl, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv342 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 1, 2017 a Report and Recommendation (Doc. 23).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 25).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted as modified.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 21) is GRANTED only in part.

Counsel is awarded a total of $8,460.00 for the 11.75 hours of work performed in this Court, subject to an offset of $2,250.00 of the EAJA fee previously awarded.

Therefore, the additional fee awarded under 42 U.S.C. §406(b) is $6,210.00

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Judge Susan J. Dlott
   United States District Court